PROB 12C
(7/93)

Report Date: January 26, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 27 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Moss                               Case Number: 2:11CR02065-001

Address of Offender: ▅▅▅▅▅▅▅▅ Yakima, WA 98908

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 5/24/2006

Original Offense:    Conspiracy to Possess With Intent to Distribute a Controlled Substance,
                     21 U.S.C. § 846

Original Sentence:   Prison - 54 Months;              Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney: AUSA                             Date Supervision Commenced: 6/17/2010

Defense Attorney:    Federal Defender's Office        Date Supervision Expires: 6/16/2015

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

   1                    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local
                        crime.

                        **Supporting Evidence**: Mr. Moss was charged with fourth degree assault and harassment,
                        Yakima County District Court cause number 39741, on January 1, 2012.

                        According to the Yakima County Sheriff's Office narrative report, on January 1, 2012, a
                        Yakima sheriff's deputy met the victim, AD, at the parking lot of Yakima County Sheriff's
                        Office. AD advised she had been dating the defendant, Jason Moss, for approximately 2
                        years. AD related on December 31, 2011, she arrived at the defendant's residence late in
                        the evening and found the defendant asleep or passed out. The defendant's cell phone was
                        ringing and the victim answered the phone. AD indicated while on the phone she found a
                        dating site on Mr. Moss' phone with text messages from other girls. According to the
                        victim, Mr. Moss woke up and took the phone away from her.

Prob12C
Re: Moss, Jason
January 26, 2012
Page 2

After the defendant was done talking on the phone, the couple began to argue and the victim stated she informed Mr. Moss she was leaving. According to the victim, Mr. Moss began pushing her, grabbed her head with his hands and began shaking her head violently while pulling her hair. AD related during this time the defendant grabbed her right ear and pulled on it. The defendant then threw the victim on the floor and hit her with his hand. AD advised she is not sure if she was knocked out, but she was awakened by Mr. Moss shooting a gun outside the residence. The victim indicated she hid in a closet for a long period of time, tried to leave, but could not find her purse, keys, and cell phone, so she went back into the closet to hide.

AD reported at approximately 1 a.m., she did not hear any movement in the residence, so she again tried to leave and the defendant heard her and came downstairs. According to the victim, she was pushed upstairs to the bedroom. The victim indicated she fell asleep and at approximately 8 a.m. she gathered her belongings and left the residence.

The victim advised a few minutes after she left Mr. Moss' residence, he called her cell phone to let her know she still had a clothing bag in his house. AD stated she advised the defendant the relationship was over and he stated, "I'm going to fucking kill you ..." and hung up.

The deputy observed some faint redness on and around the victim's right cheek and also observed two very distinct but faint fresh scrapes on the right side of the victim's face.

The deputy went to the defendant's residence where Mr. Moss was located. Mr. Moss gave a similar account of events, but stated he did not hit the victim. Mr. Moss related the victim has been experiencing a lot of weird emotional issues due to a medical problem. Mr. Moss further related at one point the victim passed out on the floor and he attempted to wake her by shaking her. When asked about the marks on the victim's face, the defendant stated he had no idea and when asked about the threat, he stated he did not make any such statement. Mr. Moss was asked if he owned or was shooting a firearm last night and he related he does not have any firearms due to being a convicted felon.

This charge is still pending and his next court hearing is scheduled for February 28, 2012.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

Prob12C
Re: Moss, Jason
January 26, 2012
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/26/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

January 26, 2012

Date