UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

JASON MOSS,

                Defendant.

No. CR-11-2065-FVS

ORDER DISMISSING PETITION
FOR SUMMONS TO APPEAR

**THE RECORD REFLECTING** the defendant currently is serving a term of supervised release; he was charged with a crime in state court; and the charge was dismissed; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion to expedite **(ECF No. 21) is granted.**

2. The defendant's motion to dismiss the "Petition for Warrant or Summons for Offender Under Supervision" **(ECF No. 19) is granted.**

3. The violation hearing that is scheduled for March 15, 2012, is **stricken**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___13th___ day of March, 2012.

                        s/ Fred Van Sickle
                        Fred Van Sickle
            Senior United States District Judge

Order - 1