PROB 12C
(7/93)

Report Date: December 1, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Moss | Case Number: 0980 2:11CR02065-FVS-1 |
| Address of Offender: ▮ | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 24, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 54 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn Anderson | Date Supervision Commenced: June 17, 2010 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: June 16, 2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**:  The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**:  Mr. Moss was charged with fourth degree assault, domestic violence, Yakima County District Court, case number 4Z1056008, on November 23, 2014.<br><br>According to a Yakima County Sheriff's Office report, incident number 14C18429, the defendant, Jason Moss, assaulted his girlfriend on November 23, 2014.  According to the victim, the defendant grabbed her by the hair and began punching her with a closed fist.  Once the victim fell to the floor, Mr. Moss kicked her in the rib area, and he also stomped her on the head and chest.  When the victim was contacted by law enforcement, the deputy observed a large contusion on the right side of her forehead.  The contusion was about 2.5 inches wide and 1.5 inches long and was sticking off her forehead significantly.  She also had dark red marks next to her left eye and cheek, as well as red marks on the left side of her chest.<br><br>The victim went to the hospital and was told she had sustained significant chest wall bruising and internal bruising of her rib area.  She was also told to return to the hospital if she started to exhibit symptoms of a concussion because she likely sustained a concussion due to the |

Case 2:11-cr-02065-SAB Document 35 Filed 12/01/14

Prob12C
**Re: Moss, Jason**
**December 1, 2014**
**Page 2**

assault. Mr. Moss was arrested on November 23, 2014, for fourth degree assault, domestic violence. Mr. Moss went to court on November 24, 2014, bail was set at $10,000, and he was released on bail after court. There is currently a no contact order between Mr. Moss and the victim.

The charge is still pending and his next court hearing is scheduled for December 4, 2014.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/01/2014

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ]  Other

Fred Van Sickle

Signature of Judicial Officer

12/1/14
Date