PROB 12C
(7/93)

Report Date: March 4, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason Moss | Case Number: 0980 2:11CR02065-SAB-1 |

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer:  The Honorable Stanley Allen Bastian, U.S. District Judge

Date of Original Sentence: May 24, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 54 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: June 17, 2010 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: June 16, 2015 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 12/01/2014.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Moss was arrested for second degree assault, second degree unlawful possession of a firearm, and eluding, incident number 15Y008394, on March 1, 2015.<br><br>According to a Yakima Police Department's (YPD) report, incident number 15Y008394, the victim was sitting in his vehicle, parked outside his business in Yakima, and the defendant pulled up next to the driver's side of his vehicle. The victim thought the defendant might be a customer so he rolled down his window. As the victim rolled down the window, the defendant produced a small firearm and pointed it at the victim. The victim quickly backed up his vehicle, left the area, and drove around until he saw a police officer. As the victim was telling the police officer what had just happened, the defendant drove by the victim and the police officer. The police officer called out the location and description of the defendant and his vehicle. Moments later a YPD officer unsuccessfully attempted to stop the defendant's vehicle. Several more YPD officers followed the defendant as he was attempting to elude them. |

Re: Moss, Jason
March 4, 2015
Page 2

The officers used spike strips to stop the defendant's vehicle. After the defendant drove over the spike strips he continued to drive for several miles before he eventually lost control of his vehicle and crashed, near his residence in West Valley. During the pursuit, several officers reported the defendant threw items from his vehicle. At the time this report was written, it was not clear what the items were that the defendant threw from the vehicle.

The defendant made his initial appearance in Yakima County Superior Court on March 2, 2015. Probable cause was found and bail was set at $150,000. The defendant's next court date is scheduled for March 16, 2015.

The U.S. Probation office respectfully recommends the court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/04/2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/4/2015
Date